IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

EARL HOLCOMB, et al.,             }
                                  }
     Plaintiffs,                  }
                                  }      CIVIL ACTION NO.
v.                                }      04-AR-2673-S
                                  }
HOLIDAY RAMBLER, a Division       }
OF MONACO COACH CORPORATION,      }
et al.,                           }
                                  }
     Defendants.

**MEMORANDUM OPINION**

The court has for consideration the motion of defendant, Holiday Rambler, filed on November 2, 2004, seeking to strike plaintiff's first amendment to complaint filed on October 28, 2004. In response, plaintiff has filed a paper in which plaintiff's counsel denies having received this court's order of October 5, 2004, the order that allowed plaintiffs to amend their complaint within twenty (20) days, if they could do so, to meet the standards of Rule 9(b), F.R.Civ.P., for stating a claim of fraud.

The Civil Notice Law Report for October 5, 2004, kept by the Clerk, reflects that William Bright, attorney for plaintiffs, received on October 5, 2004, at fax number 655-9287 Document #13, which is the order of October 5, 2004. The court cannot operate without being able to assume that the court's facsimile equipment, which is more trustworthy than the United States mail, actually works. However, even if Mr. Bright somehow did not see the order that arrived at his fax receiver, plaintiffs' purported amendment

does not meet the specificity requirements of Rule 9(b), and still does not state a claim for fraud. Accordingly, the motion to strike will be granted by separate order.

DONE this 15th day of November, 2004.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE